UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 21 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE SANCHEZ-MARTINEZ,<br><br>Defendant. | No.  CR-09-061-JLQ<br><br>**JUDGMENT IN A CRIMINAL CASE** |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED that the Indictment in this action is DISMISSED WITH PREJUDICE.

DATED: June 22, 2010.

JAMES R. LARSEN, CLERK

By /s/ Linda Emerson
Linda E. Emerson, Deputy Clerk

JUDGMENT